```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

CRIMINAL NO. 09-50018-003           USA V. LISA RENEE RUSSELL

COURT PERSONNEL:                    APPEARANCES:

Judge: JIMM LARRY HENDREN           Govt. MATT WILSON

Clerk: GAIL GARNER                  Deft. BLAIR BRADY

Reporter: THERESA SAWYER

## CHANGE OF PLEA

On this date the defendant appeared in person and with counsel and stated that he desired to withdraw the plea of not guilty entered and enter a plea of guilty to count 5 of the indictment.

- (X) Defendant sworn and examined about offense.
- (X) Inquiry made whether defendant is under the care of a physician or on medication.
- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court grants motion to amend indictment to correct name.
- (X) Rule 11(e) plea agreement disclosed on record & filed.
- (X) Court expresses tentative approval of plea agreement pending completion of presentence report.
- (X) Rights explained.
- (X) Possible severity of sentence explained.
- (X) Defendant entered guilty plea to count 5.
- (X) Not guilty plea remains on count 1.
- (X) Court determined that plea is voluntary.
- (X) Court determined that there is factual basis for plea.
- (X) Plea accepted.
- (X) Defendant found guilty as charged.
- (X) Sentencing deferred pending presentence investigation.
- (X) Defendant waives attorney/client privilege with respect to Herb Southern, counsel for Noel Andrew Jackson.
- (X) Defendant remanded to custody of USMS.

DATE: MAY 18, 2009                  Proceeding began: 8:47 am

                                              ended: 9:15 am